## G. W. Smith *v.* Julius Weidner.

Argued May 5, 1931.

Before Trexler, P. J., Keller, Linn, Gawthrop, Cunningham, Baldrige and Drew, JJ.

*Harry J. Nesbit,* and with him *Harry M. Rimer,* for appellant.

*George F. Whitmer,* for appellee.

Opinion by Drew, J., July 8, 1931:

Appellee was injured in the same accident which gave rise to the case of Mooney v. Weidner, No. 106 April Term, 1931, in which an opinion has been filed this day. For the reasons there expressed we conclude that appellee herein was an employee of appellant at the time of injury and not an independent contractor and that he is therefore entitled to compensation.

The judgment is affirmed.